**APPENDIX C TO SETTLEMENT AND CONFIDENTIALITY AGREEMENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| **CAPITAL RADIOLOGY, PLLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CAUSE NO. CV 07-17-H-DWM |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ST. PETER'S HOSPITAL, and** | ) | **STIPULATION OF DISMISSAL** |
| **MONTANA INTERVENTIONAL AND** | ) | **WITH PREJUDICE** |
| **DIAGNOSTIC RADIOLOGY** | ) | |
| **SPECIALISTS, PLLC,** | ) | |
| | ) | |
| **Defendants**. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to the above-captioned matter hereby stipulate that the above captioned action be dismissed with prejudice, with each party bearing its own attorneys' fees and costs in the matter.  All parties further stipulate that this dismissal constitutes "a final judgment on the merits in this action" within the meaning of the Order entered on October 24, 2008 (D.I. 86).  Notwithstanding the provision of the Order entered on October 24, 2008 (D.I. 86) dismissing Count II of the Amended Complaint without prejudice, all parties further stipulate that all claims in the Amended Complaint, including Count II, are dismissed with prejudice.

Montana Interventional and Diagnostic Radiology Specialists, PLLC   ("MIDRS") asserts, and Capital Radiology, PLLC disputes, that Capital  Radiology and its principals are required to provide to MIDRS and its principals a release that is broader than the release provided by Capital Radiology and its principals.  However, without waiver of their respective positions on this issue,

**APPENDIX C TO SETTLEMENT AND CONFIDENTIALITY AGREEMENT**

all parties agree that the above-captioned case should be dismissed with prejudice as set out

above.

Pursuant to the parties' stipulation to dismissal, the Court is requested to enter final judgment,

and to close the case.


March 17th, 2009                            Respectfully submitted,

                                           /s/ Timothy B. Strauch, Esq.
                                           All parties whose signature lines appear in
                                           this document have consented to its filing.

                                           Timothy B. Strauch, Esq.
                                           Paul J. Petit, Esq.
                                           PETIT & STRAUCH, PLLP
                                           3201 S. Russell Street
                                           P.O. Box 818
                                           Missoula, MT 59806
                                           (406) 532-2600
                                           (406) 532-2601 (fax)
                                           tstrauch@psmtlaw.com
                                           pjpetit@psmtlaw.com

                                           Counsel for Plaintiff Capital Radiology
                                           PLLC


                                           /s/ Kevin D. McDonald, Esq.
                                           Kevin D. McDonald, Esq.
                                           Jonathan Berman, Esq.
                                           JONES DAY
                                           51 Louisiana Avenue, N.W. Washington,
                                           D.C. 20001
                                           (202) 879-3939
                                           (202) 626-1700 (fax)
                                           KDMcDonald@JonesDay.com
                                           JBerman@JonesDay.com

**APPENDIX C TO SETTLEMENT AND CONFIDENTIALITY AGREEMENT**

/s/ Patrick E. Melby, Esq.
Patrick E. Melby, Esq.
Pamela Bucy, Esq.
LUXAN & MURFITT, PLLP
4th Floor, Montana Club Bldg
24 West 6th Avenue
P.O. Box 1144
Helena, Montana 59624
(406) 442-7450
(406) 442-7361 (fax)
PMelby@LuxanMurfitt.com
PBucy@luxanmurfitt.com

Counsel for Defendant St. Peter's Hospital

/s/ Gregory G. Murphy, Esq.
Gregory G. Murphy, Esq.
MOULTON BELLINGHAM
    LONGO & MATHER
1900 Crowne Plaza
27 N. 27th Street
P.O. Box 2559
Billings, Montana 59103
(406) 248-7731
(406) 248-7889 (fax)
G.Murphy@MoultonBellingham.com

Counsel for Defendant Montana
Interventional and Diagnostic Radiology
Specialists, PLLC