IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| CAPITAL RADIOLOGY, PLLC, a a Montana Professional Limited Liability Company, | ) ) ) ) | CV 07-17-H-DWM |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| ST. PETER'S HOSPITAL, a Montana Public Benefit Corporation, and MONTANA INTERVENTIONAL AND DIAGNOSTIC RADIOLOGY SPECIALISTS, PLLC, a Montana Professional Limited Liability Company, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties Stipulation filed on March 17, 2009 (dkt # 92),

IT IS HEREBY ORDERED that this action is DISMISSED WITH

PREJUDICE; each party shall bear its own costs of suit and attorney's fees;

-1-

IT IS FURTHER ORDERED that the Clerk of Court shall close the case.

Dated this 20th day of March, 2009.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT